IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHELE HAMMONDS**                                                                **PLAINTIFF**

v.                          CASE NO. 2:21-CV-00154-BSM

**KHUSHDEEP SINGH THIND,** *et al.*                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE